■ The People of the State of New York, Respondent, v Michael Devereaux, Appellant. [624 NYS2d 969] —Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Dutchess County (Dolan, J.), imposed November 3, 1994.

Ordered that the sentence is affirmed.

In view of the defendant's prior criminal history, his sentence is not excessive (see, People v Suitte, 90 AD2d 80). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.